# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Peter Willey<br><br>*Defendant* | )<br>)  Case: 1:23-mj-234<br>)  Assigned To: Magistrate Judge Zia M. Faruqui<br>)  Assign. Date:8/30/2023<br>)  Description: Complaint with Arrest Warrant<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  Peter Willey,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 231(a)(3) - Obstruction of Law Enforcement During Civil Disorder
18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds, and
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building or Grounds.

Date:   08/30/2023

*Issuing officer's signature:* Zia M. Faruqui

City and state:   Washington, D.C.   Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 8/30/23, and the person was arrested on *(date)* 8/31/23
at *(city and state)* Roanoke, VA.

Date:  8/31/23

*Arresting officer's signature*

Ryan Kennedy   Special Agent
*Printed name and title*